**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN RAMON ALVARADO IZARRARAZ, | No.  1:25-cv-01774-DJC-DMC (HC) |
| Petitioner, | ORDER |
| v. | |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et. al., | |
| Respondents. | |

Petitioner, an immigration detainee proceeding, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. In accordance with the directive to meet and confer to agree upon a briefing schedule, ECF No. 9, parties filed a joint status report, ECF No. 11.

The Court will adopt the proposed schedule, as follows: Respondents' response to the petition is due on or before February 4, 2026, and Petitioner's reply is due February 18, 2026.

IT IS SO ORDERED.

Dated:  January 15, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1