**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JUAN RAMON ALVARADO IZARRARAZ, A-240-173-606,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et. al.,

Respondents.

No. 1:25-cv-01774-DJC-DMC (HC)

ORDER

Petitioner, an immigration detainee proceeding, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 27, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. See ECF No. 16. No objections to the findings and recommendations have been filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452,

1

454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1.      The findings and recommendations filed March 27, 2026, are adopted in full.

2.      Petitioner's petition for writ of habeas corpus, ECF No. 1, is GRANTED.

3.      Respondents be ORDERED to provide Petitioner, A-240-173-606, a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its implementing regulations, in which Respondents must show, by clear and convincing evidence, that the alleged changed circumstances demonstrate that Petitioner is either a flight risk or threat to public safety, such that his detention is justified within seven (7) days of the date of entry of this order;

4.      It is ORDERED that within three days of the bond hearing, Respondents shall file a notice of compliance in this case confirming that Petitioner has been provided the bond hearing;

5.      It is ORDERED that if Respondents fail to provide Petitioner a bond hearing within seven days, Petitioner shall be immediately released from Respondents' custody on the same terms as his prior parole; and

6.      It is ORDERED that if the government seeks to re-detain Petitioner following his release, it must provide no less than seven (7) days'

notice to Petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered.

7.     The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated:    **April 7, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

3