TONI WHITE
CA Bar No. 210119
Law Office of Toni White
P.O. Box 1068
Placerville CA 95667
Tel (530) 885-6244

Attorney for Petitioner
JUAN RAMON ALVARADO IZARRARAZ

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN RAMON ALVARADO IZARRARAZ,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, ET AL,<br><br>Respondents. | Case No.: 1:25-cv-1774 DJC DMC<br><br>**ORDER SEALING EXHIBITS A AND B TO PETITIONER'S REQUEST TO ENFORCE COURT ORDER (ECF NO. 28)** |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by Petitioner, IT IS HEREBY ORDERED that exhibits A and B to Petitioner's request to enforce court order filed at ECF No. 28 shall be SEALED until further order of this Court.

Dated: November 23, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE